United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN KEATING,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT CAMPBELL, et al.,<br><br>    Defendants. | Case No. 25-cv-09360-JCS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 7 |

Plaintiff filed this action on October 30, 2025 and paid the full filing fee. The Complaint has not yet been served. Presently before the Court is Plaintiff's Motion for Leave to File First Amended Complaint ("Motion"). Pursuant to Rule 15(a)(1), Plaintiff is entitled to amend her complaint once without seeking leave of Court or a stipulation from defendants, so long as the Complaint has not yet been served. Accordingly, the Court GRANTS the Motion on that basis. It is Plaintiff's responsibility to file the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 8, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge